FILED
GREGG COUNTY, TEXAS

MAY 2 0 2015

_____ O'CLOCK _____ M
BARBARA DUNCAN, DISTRICT CLERK
BY _____ DEPUTY

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/20/2015 1:49:27 PM
DEBBIE AUTREY
Clerk

## NO. 44128-A

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **GREGG COUNTY, TEXAS** |
| | § | |
| **ROBERT MOORHEAD** | § | **188TH JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that the Defendant, ROBERT MOORHEAD, appeals this case to the

Sixth Court of Appeals in Texarkana.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
PHONE: (903) 753-7006
FAX: (903) 753-7278
E-MAIL: jonathanwharton1@sbcglobal.net

BY: _____
JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the
District Attorney's Office of Gregg County, counsel for appellee, on this the __18__ day of
__May__, 2015, by mail.

_____
JONATHAN WHARTON

FILED
GREGG COUNTY, TEXAS

MAY 14 2015

2:26 O'CLOCK P M
BARBARA DUNCAN DISTRICT CLERK
BY_____ DEPUTY

**CAUSE NO. 44128-A**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | OF GREGG COUNTY, TEXAS |
| | § | |
| | § | |
| ROBERT JUSTIN MOORHEAD | § | 188th JUDICIAL DISTRICT |

---

## MOTION FOR NEW TRIAL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ROBERT JUSTIN MOORHEAD, Defendant, and files this Motion for New Trial in this case.

### I.

1. Defendant would show the Court that there has been material error committed that is calculated to injure the rights of Defendant.

### II.

2. Defendant would show the Court that both the guilt/innocence verdict and the punishment verdict are contrary to the law and the evidence on the case.

**WHEREFORE, PREMISES CONSIDERED,** ROBERT JUSTIN MOORHEAD prays that this Court grant him a new trial.

*Signature on next page*

Respectfully submitted,

BOYD & BROWN, P.C.

BY: _____

KEVIN G. GIDDENS
State Bar No. 24076877
1215 Pruitt Place
Tyler, Texas 75703
903/526-9000
903/526-9001 (FAX)
kevin.giddens@suddenlinkmail.com

## CERTIFICATE OF SERVICE

On May 14th, 2015, a true and correct copy of the foregoing instrument was served upon the following in accordance with Rule21a of the Texas Rules of Civil Procedure.

| | |
|---|---|
| Mr. Carl Dorrough<br>Ms. Debbie Garrett<br>GREGG COUNTY DISTRICT ATTORNEY<br>101 E. Methvin, Suite 333 .<br>Longview, Texas 75605<br>(903) 236-8440<br>(903) 236-8490 (Fax) | ☒ Hand Delivery<br>☐ Facsimile<br>☐ Certified Mail - RRR<br>☐ First Class Mail<br>☐ Via Overnight |

Kevin G. Giddens

# Snow E. Bush, Jr., P.C.
## Attorney and Counselor at Law

**Snow E. Bush, Jr.**
Board Certified
Texas Board of Legal Specialization
Civil Trial Law and
Personal Injury Trial Law

**Jonathan Wharton**
Licensed in Texas and New York

420 North Center Street
Longview, Texas 75601
(903) 753-7006
(903) 753-7278
E-Mail: snowbush@sbcglobal.net

E-Mail: jonathanwharton1@sbcglobal.net

FILED
GREGG COUNTY, TEXAS

MAY 20 2015

BARBARA DUNCAN, DISTRICT CLERK
BY _____ DEPUTY

May 19, 2015

**_Via First Class Mail_**
Barbara Duncan
Gregg County District Clerk
P. O. Box 711
Longview, TX 75606

Re:     The State of Texas v. Robert Moorhead
         Cause No.: 44128-A

Dear Ms. Duncan:

Enclosed please find the original and one (1) copy of a Notice of Appeal for filing with the Court in the matter referenced above. A self-addressed, stamped envelope is enclosed for returning the file-marked copy.

Thank you for your kind attention to this matter.

Sincerely,

Rose West
Legal Assistant to Jonathan Wharton

/rw
Enclosures

cc:     District Attorney's Office *(Via Facsimile 903-236-8490)*
         Gregg County Courthouse
         101 E. Methvin, Suite 333
         Longview, TX 75601